1

# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
# Case Summary
# Civil Docket

## Massa et al v Mardi Gras Entertainment Inc et al

Details for Docket: HDCV2010-00034

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | HDCV2010-00034 | Caption: | Massa et al v Mard Entertainment Inc |
| Filing Date: | 01/11/2010 | Case Status: | Needs discovery |
| Status Date: | 03/03/2010 | Session: | Civil A - Ctrm 8 |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 06/15/2012 |
| Service Date: | 04/11/2010 | Disposition: | 11/02/2011 |
| Rule 15: | 06/10/2010 | Rule 12/19/20: | 06/10/2010 |
| Final PTC: | 09/06/2012 | Rule 56: | 08/31/2012 |
| Answer Date: | 05/11/2010 | Jury Trial: | YES |

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | HDCV2010-00034 | Caption: | Massa et al v Mard Entertainment Inc |
| Filing Date: | 01/11/2010 | Case Status: | Needs discovery |
| Status Date: | 03/03/2010 | Session: | Civil A - Ctrm 8 |
| Lead Case: | NA | Case Type: | Misc contract |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 06/15/2012 |
| Service Date: | 04/11/2010 | Disposition: | 11/02/2011 |
| Rule 15: | 06/10/2010 | Rule 12/19/20: | 06/10/2010 |
| Final PTC: | 09/06/2012 | Rule 56: | 08/31/2012 |
| Answer Date: | 05/11/2010 | Jury Trial: | YES |

## Parties Involved

26 Parties Involved in Docket: HDCV2010-00034

Party Involved:                                              Role:           Defendant

| | | |
|---|---|---|
| Zip Code: | 02114 | Zip Ext: |
| Telephone: | 617-994-5800 | Tel Ext: |
| Fascimile: | 617-994-5801 | Representing: Cruz, Ramona (Plaint |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SEYF01 |
| Last Name: | Miller | First Name: | Barry J |
| Address: | 2 Seaport Lane, Suite 300 | Address: | World Trade Center |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip Ext: | 2028 |
| Telephone: | 617-946-4800 | Tel Ext: | |
| Fascimile: | 617-946-4801 | Representing: | BSC Realty Inc, (Def |

# Calendar Events

20 Calendar Events for Docket: HDCV2010-00034

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 02/02/2010 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 2 | 03/29/2010 | 09:00 | Motion/Hearing: amend deadline | A | Event held as scheduled |
| 3 | 04/20/2010 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 4 | 05/18/2010 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 5 | 06/04/2010 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 6 | 09/07/2010 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 7 | 03/17/2011 | 09:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 8 | 03/24/2011 | 09:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 9 | 04/26/2011 | 14:00 | Motion/Hearing: Compel | A | Event held as scheduled |
| 10 | 05/06/2011 | 14:00 | Conference: Trial Assignment | A | Event rescheduled by c date |
| 11 | 05/12/2011 | 14:00 | Conference: Trial Assignment | A | Event rescheduled by c date |
| 12 | 05/16/2011 | 14:00 | Conference: Trial Assignment | A | Event rescheduled by c date |
| 13 | 09/29/2011 | 09:00 | Motion/Hearing: miscellaneous | 2 | Event held as scheduled |
| 14 | 10/11/2011 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 15 | 10/19/2011 | 09:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 16 | 11/16/2011 | 14:00 | Motion/Hearing: miscellaneous | A | Event held as scheduled |
| 17 | 11/22/2011 | 09:00 | Motion/Hearing: amend complaint | A | Event held as scheduled |

| 18 | 02/27/2012 | 09:00 | Motion/Hearing: amend deadline | A | Event held as scheduled |
| 19 | 04/02/2012 | 14:00 | Conference: Trial Assignment | A | Event not held-joint req |
| 20 | 09/06/2012 | 14:00 | Conference: Trial Assignment | A | |

## Full Docket Entries

205 Docket Entries for Docket: HDCV2010-00034

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 01/11/2010 | 1 | Complaint & civil action cover sheet filed |
| 01/11/2010 | | Origin 1, Type A99, Track F. |
| 02/01/2010 | 2 | Atty Barry J Miller's notice of appearance for Mardi Gras |
| 02/01/2010 | 2 | Entertainment Inc, James Santaniello, Anthony Santaniello, Helen |
| 02/01/2010 | 2 | Santaniello |
| 02/01/2010 | 3 | Defendant Mardi Gras Entertainment Inc, James Santaniello, Anthony |
| 02/01/2010 | 3 | Santaniello, Helen Santaniello's MOTION for extension of time to |
| 02/01/2010 | 3 | respond to plffs' complaint. |
| 02/02/2010 | | Motion (P#3) ALLOWED (C. Jeffrey Kinder, Justice) Notices faxed |
| 02/02/2010 | | 2/3/2010 |
| 02/17/2010 | 4 | Amended complaint |
| 02/23/2010 | 5 | SERVICE RETURNED: Mardi Gras Entertainment Inc(Defendant) |
| 02/23/2010 | 6 | SERVICE RETURNED: James Santaniello(Defendant) |
| 02/23/2010 | 7 | SERVICE RETURNED: Anthony Santaniello(Defendant) |
| 02/23/2010 | 8 | SERVICE RETURNED: Helen Santaniello(Defendant) |
| 03/01/2010 | 9 | Atty Shannon E Liss-Riordan's notice of appearance for Madeline Ruiz, |
| 03/01/2010 | 9 | Paula Massa, Jennifer DeLugan, Gina Ginolfi, Robert Bruso, Robert |
| 03/01/2010 | 9 | Glavin, Maureen Rushby, Jessica Taylor |
| 03/03/2010 | 10 | Atty Anthony S Califano's notice of appearance for Mardi Gras |
| 03/03/2010 | 10 | Entertainment Inc, Worthington Shops, Inc., BSC Realty, Inc., Anthony |
| 03/03/2010 | 10 | Santaniello, Helen Santaniello and James Santaniello |
| 03/03/2010 | 11 | Atty Ariel D Cudkowicz's notice of appearance for Mardi Gras |
| 03/03/2010 | 11 | Entertainment Inc, Worthington Shops Inc, BSC Realty, Inc., Anthony |
| 03/03/2010 | 11 | Santaniello, Helen Santaniello and James Santaniello |
| 03/03/2010 | 12 | ANSWER (amended complaint): Mardi Gras Entertainment Inc, James |
| 03/03/2010 | 12 | Santaniello, Anthony Santaniello, Helen Santaniello, Worthington |
| 03/03/2010 | 12 | Shops Inc, Bsc Realty Inc and COUNTERCLAIM vs Robert Bruso, Robert |
| 03/03/2010 | 12 | Glavin, Madeline Ruiz, Paula Massa, Andrea Walshaw, Jennifer Delugan, |
| 03/03/2010 | 12 | and Gina Ginolfi. |
| 03/26/2010 | 13 | Plaintiffs' MOTION to extend time for to respond to defendants |

| Date | # | Description |
|---|---|---|
| 03/26/2010 | 13 | Plaintiffs MOTION to extend time to respond to defendants request for admissions. |
| 03/29/2010 | 13 | Stipulation of dismissal with prejudice as to the COUNTERCLAIMS asserted by the defendants in counterclaim against plaintiff in counterclaim Andrea Walshaw. |
| 04/01/2010 | | (P#13)(dated 3/29/10) ALLOWED (C. Jeffrey Kinder, Justice) Notices faxed 4/1/2010 |
| 04/06/2010 | 14 | Court received a letter from Atty Ariel D. Cudkowicz for a request to file a reply in support of Motion to Transfer. |
| 04/08/2010 | | (P#14) ALLOWED- no more than 5 pages (C. J. Moriarty, Justice) fx 4/8/2010 |
| 04/14/2010 | 15 | Defendants Mardi Gras Entertainment Inc, James Santaniello, Anthony Santaniello, Helen Santaniello, Worthington Shops Inc, Bsc Realty Inc's MOTION to transfer case to the presiding justice of the Business Litigation Session of the Suffolk Superior Court (BLS). |
| 04/20/2010 | 16 | ANSWER by Madeline Ruiz, Paula Massa, Robert Bruso, Robert Glavin, Jennifer DeLugan, Gina Ginolfi to COUNTERCLAIM of Mardi Gras Entertainment Inc, James Santaniello, Anthony Santaniello, Helen Santaniello, Worthington Shops Inc, Bsc Realty Inc |
| 04/27/2010 | | (P#15)(dated 4/20/10) For the reasons outlined in Plaintiff's Opposition, I am not persuaded that the issues in this case are sufficiently complex to warrant transfer to the Business Litigation Section. Accordingly, the Motion to Transfer is DENIED (C. Jeffrey Kinder, Justice) Notices faxed 4/27/2010 |
| 05/14/2010 | 17 | Plaintiffs MOTION for extension of time to respond to defendants requests for admissions. |
| 05/18/2010 | | Motion (P#17) ALLOWED (Tina Page, Justice) Notices faxed 5/19/2010 |
| 06/01/2010 | 18 | Stipulation of dismissal with prejudice as to plaintiff Jennifer DeLugan and as to all counterclaims. |
| 06/04/2010 | 19 | Defendants' REQUEST for leave to file a concise reply brief in further support of their partial motion to dismiss and REQUEST for sanctions. |
| 06/07/2010 | | Request p#19 (Dated 6/4/2010) ALLOWED. (Tina S. Page, Justice) fx: 6/7/2010 |
| 06/17/2010 | 20 | Defendant Mardi Gras Entertainment Inc, James Santaniello, Anthony Santaniello, Helen Santaniello, Worthington Shops Inc, Bsc Realty Inc's MOTION to Dismiss (MRCP 12b) Count IX |
| 08/25/2010 | 21 | Stipulation of partial dismissal as to Bsc Realty Inc. |
| 09/01/2010 | 22 | Atty Stephen S Churchill's notice of appearance for all plaintiffs. |
| 09/01/2010 | 23 | MOTION of plaintiff's counsel Stephen S. Churchill, for admission of |

| Date | # | Description |
|---|---|---|
| 09/01/2010 | 23 | " Robert Starr Esq." pro hac vice. -- Assented to. |
| 09/01/2010 | 24 | Stipulation of dismissal as to plaintiff and defendant in |
| 09/01/2010 | 24 | counterclaim Robert Glavin, with prejudice, without costs. |
| 09/07/2010 | | (P#23) ALLOWED (Constance Sweeney, Justice). Notices faxed 9/8/2010 |
| 11/08/2010 | 25 | Joint MOTION to extend tracking order; Discovery deadline on or |
| 11/08/2010 | 25 | before May 9, 2011 and Dispositive motions on or before July 11, 2011. |
| 11/10/2010 | | Motion (P#25) ALLOWED. The clerk will also establish a new PTC date. |
| 11/10/2010 | | (Constance Sweeney, Justice) Notices faxed 11/10/2010 |
| 11/16/2010 | 26 | Plaintiffs' assented to motion to file second amended complaint. |
| 12/03/2010 | | (dated 11/29/2010) (P#26) ALLOWED (Constance Sweeney, Justice) |
| 12/03/2010 | | Notices faxed 12/3/2010 |
| 12/03/2010 | 27 | Second amended complaint |
| 12/06/2010 | 28 | ANSWER (second amended complaint): Mardi Gras Entertainment Inc, |
| 12/06/2010 | 28 | Worthington Shops Inc, James Santaniello, Anthony Santaniello, Helen |
| 12/06/2010 | 28 | Santaniello and COUNTERCLAIM vs Robert Bruso, Madeline Ruiz, Paula |
| 12/06/2010 | 28 | Massa, Gina Ginolfi, Ramona Cruz |
| 01/13/2011 | 29 | Plaintiffs' MOTION for extension of time to respond to defendants' |
| 01/13/2011 | 29 | requests for admissions until February 4, 2011. , assented to. |
| 02/03/2011 | 30 | Stipulation of dismissal with prejudice, as to Plaintiff and |
| 02/03/2011 | 30 | Defendant-in-counterclaim Gina Ginolfi. |
| 03/07/2011 | 31 | Court received letter from defendants requesting permission to file |
| 03/07/2011 | 31 | reply to plffs.' opposition to defts.' motion to compel. |
| 03/08/2011 | | (P#31) ALLOWED not to exceed 5 pages. (C Jeffrey Kinder, Justice) |
| 03/08/2011 | | Notices faxed 3/9/2011 |
| 03/15/2011 | 32 | Defendants Mardi Gras Entertainment Inc, Worthington Shops Inc, James |
| 03/15/2011 | 32 | Santaniello, Anthony Santaniello, Helen Santaniello's MOTION to |
| 03/15/2011 | 32 | compel Discovery |
| 03/23/2011 | | (P#32)(dated 3/17/11) DENIED without prejudice for failure to comply |
| 03/23/2011 | | with Superior Court Rule 9C. (C Jeffrey Kinder, Justice) Notices |
| 03/23/2011 | | faxed/mailed 3/23/2011 |
| 03/23/2011 | 33 | Certificate of Compliance with Superior Court Rule 9C regarding |
| 03/23/2011 | 33 | motion to compel of defts. Mardi Gras Entertainment Inc. and |
| 03/23/2011 | 33 | Worthington Shops Inc. |
| 03/24/2011 | | Motion (P#32) Having received the certificate of compliance with Rule |
| 03/24/2011 | | 9C, inadvertantly omitted previously, the motion will be scheduled |
| 03/24/2011 | | for hearing by the clerk's office (C Jeffrey Kinder, Justice). |
| 03/24/2011 | | Notices fx 3/24/2011 |
| 04/01/2011 | 34 | Defts.' emergency MOTION to extend briefing schedule on plffs.' |
| 04/01/2011 | 34 | motions for summary judgment and class certification pending |
| 04/01/2011 | 34 | completion of previously noticed discovery. |
| 04/01/2011 | 35 | Defts.' memorandum of law in support of their emergency motion to |

| Date | # | Description |
|---|---|---|
| 04/01/2011 | 35 | extend briefing schedule. |
| 04/04/2011 | 36 | Plffs.' opposition to defts.' motion to extend briefing schedule |
| 04/13/2011 | 37 | Notice sent to appear for pre-trial conference on 5/16/2011(faxed) |
| 04/28/2011 | | (P#32)(dated 4/26/11) After hearing, the motion is ALLOWED in part and DENIED in part. Before the Court is the Defendant's Motion to Compel. After hearing, the motion is allowed in part, and denied in part, as follow: As to the interrogatories, the plaintiffs shall respond as requested, however, each plaintiff will only be required to respond for those year during which the respective plaintiff also worked for the defendants. As to the document requests, the plaintiffs shall respond as requested, however, each plaintiff will only be required to respond for those years during which the respective plaintiff also worked for the defendants, and as to the requested "federal and state tax returns", the plaintiffs need only to produce W-2's, 1099's and Schedule C's. As to documents concerning "any criminal charge filed against you", the plaintiffs shall produce only such documents resulting in a conviction. (Richard J. Carey, Justice). mailed 4/28/11 |
| 04/28/2011 | | (P#34)(dated 4/26/11) The deadline for discovery is extended until 10/7/11. (Richard J. Carey, Justice). Notices mailed 4/28/2011 |
| 09/21/2011 | 37 | Atty William J Brown Jr's notice of appearance for Ramona Cruz, Ramona Rogers |
| 09/21/2011 | 37 | |
| 09/29/2011 | 38 | Plffs' emergency MOTION for a protective order barring ex parte settlement communications between defendants, or any of their agents or attorneys, and any class members. |
| 09/29/2011 | 39 | Joint MOTION for entry of Temporary Order. |
| 09/29/2011 | | Motion (P#39) ALLOWED (Peter A. Velis, Justice) Notices faxed 9/29/2011 |
| 09/29/2011 | 40 | Stipulation and Order. (Peter A. Velis, Justice) |
| 10/05/2011 | 41 | Plaintiff's request for leave to file a reply to defendants opposition to plaintiff's motion for leave to file a Third Amended Complaint. |
| 10/11/2011 | | (P#41) ALLOWED- Not to Exceed 10 pages. (Constance M Sweeney, Justice) Notices fx: & m. 10/13/2011 |
| 10/17/2011 | 42 | Court received Plaintiffs' request to file a reply to the defendants opposition to plaintiffs emergency motion for protective order. |
| 10/24/2011 | 43 | Defts' Request for leave to file a concise reply brief in further support of their motion for protective order regarding Disclosure of Confidential Settlement Communications. |
| 10/25/2011 | | Request (P#42) ALLOWED. Not to exceed 10 pages. (Constance M Swee |

| Date | Doc # | Description |
|---|---|---|
| 10/25/2011 | | Justice) Notices faxed 10/25/2011 |
| 10/25/2011 | 44 | Plaintiffs' MOTION to amend complaint to add "Leslie Campbell, Aimee Matthews, Jessica Ellen Wright and Amanda Shumway" as party plaintiffs, drops named plaintiffs Madeline Ruiz, Ramona Cruz and Ramona Rogers, and to add again "BSC Realty, Inc." as party defendant |
| 11/02/2011 | | (P#43)(dated 10/25/11) ALLOWED. Not to exceed 10 pages. (Constance Sweeney, Justice) Notices faxed 11/2/2011 |
| 11/09/2011 | 45 | Defendants/Plffs.'. in counterclaim Mardi Gras Entertainment, Inc., Worthington Shops, Inc., Anthony Santaniello, Helen Santaniello, and James Santaniello's emergency MOTION to lift the Stipulation and Order dated September 29, 2011. -- See #40 |
| 11/09/2011 | 46 | Defendants and plffs. in counterclaim, Mardi Gras Entertainment, Inc., Worthington Shops, Inc., Anthony Santaniello, Helen Santaniello, and James Santaniello's Opposition to plaintiffs' emergency motion for protective order. |
| 11/09/2011 | 47 | Defendants Mardi Gras Entertainment Inc, Worthington Shops Inc, James Santaniello, Anthony Santaniello, Helen Santaniello's MOTION for Protective Order regarding disclosure of confidential settelement communications. |
| 11/10/2011 | 48 | Plffs.' response to defts.' emergency motion to lift Stipulation and Order dated Sept. 29, 2011 |
| 11/14/2011 | | (P#45) Schedule for hearing for 11/16/11. I expect argument to be less agitated than the written memoranda. (Constance M Sweeney, Justice). Notices fx: & M. 11/14/2011 |
| 11/14/2011 | 49 | Notice sent to appear on 11/16/2011 at 2:00 p.m. for a hearing on #45 & #48. fx: & m. 11/14/2011 |
| 12/09/2011 | | (dated 11/17/11) Motion (P#45) ALLOWED (Constance M Sweeney, Justice) Notices faxed & mailed 12/9/2011 |
| 12/09/2011 | | (dated 11/17/11) Motion (P#47) DENIED. The plaintiffs discovery is likely to lead to relevant evidence of whether or not individuals who were formerly plaintiffs in the case were coerced into dropping their claims. (Constance M Sweeney, Justice) Notices faxed & mailed 12/9/2011 |
| 12/09/2011 | | (dated 11/22/11) Motion (P#44) ALLOWED. However it is not at all clear that this current amendment is in the interest of justice. Several putative class members have withdrawn from the case. There is at best confusion over whether a retaliation claim in the amended complaint is effectively the same claim that was earlier w/drawn. I will allow the parties until 5/7/12 to conduct further discovery including on all of the issues raised in the defendant's opposition |

| Date | Doc # | Description |
|---|---|---|
| 12/09/2011 | | to the motion. At that time the defendants may move for dispositive |
| 12/09/2011 | | relief if they are so inclined. (Constance M Sweeney, Justice) |
| 12/09/2011 | | Notices faxed & mailed 12/9/2011 |
| 12/16/2011 | 50 | Third Amended complaint |
| 01/17/2012 | 51 | ANSWER (third amended complaint): Mardi Gras Entertainment Inc, |
| 01/17/2012 | 51 | Worthington Shops Inc, James Santaniello, Anthony Santaniello, Helen |
| 01/17/2012 | 51 | Santaniello, BSC Realty Inc and AMENDED COUNTERCLAIMS vs Robert |
| 01/17/2012 | 51 | Bruso, Paula Raposa, Amanda Shumway & Jessica Ellen Wright |
| 02/06/2012 | 52 | ANSWER by Robert Bruso, Amanda Shumway, Jessica Ellen Wright, Paul |
| 02/06/2012 | 52 | Raposa to AMENDED COUNTERCLAIMS of Mardi Gras Entertainment Inc, |
| 02/06/2012 | 52 | James Santaniello, Anthony Santaniello, Helen Santaniello |
| 02/23/2012 | 53 | Parties joint MOTION to amend tracking order for Discovery, Rule 56 |
| 02/23/2012 | 53 | Motions and the Pre-Trial Conference hearing to September 4, 2012. |
| 02/27/2012 | | (P#53) ALLOWED (C Jeffrey Kinder, Justice) Notices faxed/mailed |
| 02/27/2012 | | 2/28/2012 |